# United States Court of Appeals
### For The District of Columbia Circuit

---

| | |
|---|---|
| **No. 06-5376** | **September Term, 2006** |
| | 06cv01664 |
| | Filed On: February 12, 2007 |

[1022527]
Jovon Nelson Goodman and Earl Nelson Goodman,
    Appellants

v.

Department of Veterans Affairs,
    Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 4/11/07
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

<u>ORDER</u>

    By order filed November 22, 2006, appellants were directed to file their brief and appendix by January 8, 2007. The order was sent to appellants by certified mail, return receipt requested and by first class mail. To date, appellants have not complied with the court's November 22, 2006 order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

BY:

                                Elizabeth V. Scott
                                Deputy Clerk

A True copy:
    United States Court of Appeals
    for the District of Columbia Circuit
    By: _____ Deputy Clerk